**Opinion filed August 14, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00183-CV

_____

## IN RE JOHN McCOLLOR

**Original Mandamus Proceeding**

### MEMORANDUM OPINION

On July 7, 2014, this court received an original mandamus proceeding from Relator, John McCollor. On that date, the clerk of this court notified Relator that the $145 filing fee was due immediately and that the petition for writ of mandamus would be filed upon the receipt of the filing fee. On July 22, 2014, this court again notified Relator that the filing fee remained due. In the July 22 letter, this court directed Relator to forward the filing fee on or before July 31, 2014, and warned Relator that his petition would be deleted from the records of this court if the fee was not remitted by that date. This court has not received a response from Relator, nor has Relator submitted his filing fee or an affidavit of indigence.

Because Relator has failed to pay the required filing fee, we dismiss this proceeding.  TEX. R. APP. P. 5, 42.3.

PER CURIAM

August 14, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.